UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GEMINI INSURANCE COMPANY,

                Plaintiff,

-v-

ACELLA PHARMACEUTICALS, LLC, *et al.*,

                Defendants.

No. 18-cv-4378 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant Acella Pharmaceuticals, LLC requesting that the Court hold a pre-motion conference to address Defendant's planned motion to dismiss and to transfer. (Doc. No. 19.) Pursuant to the Court's Individual Rule 2.A, Plaintiff's response is due no later than Wednesday, June 6, 2018. IT IS HEREBY ORDERED that the parties shall appear for a pre-motion conference on Monday, June 25, 2018 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    The June 25, 2018 pre-motion conference will also serve as the initial conference in this action. Accordingly, IT IS FURTHER ORDERED THAT, by June 18, 2018, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by June 18, 2018, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

Dated:   June 1, 2018
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE