# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Raymond A. Mascia Jr., Esq.
rmascia@andersonkill.com
212-278-1359

**Via ECF & E-mail**  
sullivannysdchambers@nysd.uscourts.gov

June 6, 2018

The Honorable Richard J. Sullivan  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

> Re: *Gemini Ins. Co. v. Acella Pharms., LLC, et al.*, No. 1:18-cv-04378-RJS  
> (rel. 1:09-cv-09684-RJS)

Dear Judge Sullivan:

This firm represents Defendant Acella Pharmaceuticals, LLC ("Acella") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices, we write to respectfully request an extension of time for Acella to respond the Complaint filed by Plaintiff Gemini Insurance Company ("Gemini").

The original deadline for Acella's response is Tuesday, June 12, 2018. Acella respectfully requests a fourteen-day extension to Tuesday, June 26, 2018. This is the first such request for an extension, and Gemini has consented to the request.

The reason for Acella's request is that the Court has scheduled a pre-motion conference for Monday, June 25, 2018 to discuss Acella's proposed motion to dismiss certain co-defendants and to transfer venue. Acella requests the extension so that it can respond to the Complaint in accordance with any instructions that the Court may provide at the pre-motion conference.

Respectfully submitted,

Raymond A. Mascia Jr.