UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI INSURANCE COMPANY,

                Plaintiff,

-v-

ACELLA PHARMACEUTICALS, LLC, *et al.*,

                Defendants.



No. 18-cv-4378 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant Acella Pharmaceuticals, LLC requesting an extension of time to respond to the Complaint in this action until after the June 25, 2018 pre-motion conference. (Doc. No. 21.) Pursuant to the Court's Individual Rule 2.A, "[a] party's submission of a pre-motion letter seeking leave to file a pre-answer motion to dismiss will stay that party's obligation to answer or move against the complaint through the date of the pre-motion conference." At the June 25 conference, the Court and the parties will discuss a schedule for either (1) briefing on Defendant's motion to dismiss or (2) Defendant's answer, if Defendant no longer plans to move to dismiss. The Court will memorialize that schedule in an order issued after the conference. Accordingly, Defendant's requested extension is unnecessary, and therefore IT IS HEREBY ORDERED that Defendant's request is DENIED as moot.

SO ORDERED.

Dated:    June 6, 2018
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE