## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of New York

Index Number: 18-CV-4378                                        Date Filed: 5/30/2018

Plaintiff:
**GEMINI INSURANCE COMPANY**

vs.

Defendant:
**ACELLA PHARMACEUTICALS, LLC, ET AL.**

For:
SCOTT SCHWARTZ, ESQ.
CLYDE & CO US LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 21st day of May, 2018 at 10:35 am to be served on **ACELLA PHARMACEUTICALS, LLC C/O CORPORATION SERVICE COMPANY, 40 TECHNOLOGY PARKWAY SOUTH, #300, NORCROSS, GA 30092**.

I, Berhane Tassaw, do hereby affirm that on the **22nd day of May, 2018 at 2:35 pm,** I:

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES; RELATED CASE STATEMENT** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to: **ALISHA SMITH** as **RECEIVING AGENT FOR RA** for **ACELLA PHARMACEUTICALS, LLC**, at the address of: **40 TECHNOLOGY PARKWAY SOUTH, #300, NORCROSS, GA 30092**, and informed said person of the contents therein, in compliance with Florida Statutes

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

Berhane Tassaw
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2018001446

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2m