## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of New York

Index Number: 18-CV-4378

Date Filed: _____

Plaintiff:
**GEMINI INSURANCE COMPANY**

vs.

Defendant:
**ACELLA PHARMACEUTICALS, LLC, ET AL.**

For:
SCOTT SCHWARTZ, ESQ.
CLYDE & CO US LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 21st day of May, 2018 at 10:35 am to be served on **NEIL AKERMAN, 2525 NOSTRAND AVENUE, #6G, BROOKLYN, NY 11210**.

I, REBECCA ROTH, do hereby affirm that on the **29th day of May, 2018 at 3:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES; RELATED CASE STATEMENT** with my initials; identification number (if applicable); date and hour of service endorsed thereon by me, to: **SHEILA AKERMAN** as **CO-RESIDENT** at the address of: **2525 NOSTRAND AVENUE, #6G, BROOKLYN, NY 11210**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

## RETURN OF SERVICE For 18-CV-4378

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

*Rebecca Roth* (signature)

**REBECCA ROTH**
Process Server

**LEGAL PROCESS SERVICE &
INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2018001449