AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GEMINI INSURANCE COMPANY, <br> *Plaintiff* <br> v. <br> ACELLA PHARMACEUTICALS, LLC et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 18-cv-4378 (RJS) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Neil Akerman and Sheila Akerman

Date:  06/18/2018

*Attorney's signature*

RICHARD C. REILLY, ESQ.
*Printed name and bar number*

RR1357
GLEASON, DUNN, WALSH & O'SHEA
40 BEAVER STREET, ALBANY, NY 12207

*Address*

rreilly@gdwo.net
*E-mail address*

(518) 432-7511
*Telephone number*

(518) 432-5221
*FAX number*