UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GEMINI INSURANCE COMPANY,

Plaintiff,

-v-

ACELLA PHARMACEUTICALS, LLC,
HAROLD ARTHUR DEAS,
THOMAS JEFFREY BRYANT,
NEIL AKERMAN, and SHEILA AKERMAN,

Defendants.

No. 18-cv-4378 (RJS)
ORDER FOR ADMISSION
PRO HAC VICE

RICHARD J. SULLIVAN, District Judge:

The motion of Sina Bahadoran for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Sina Bahadoran
Clyde & Co US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305.446.2646
Fax: 305.441.2374
Email: sina.bahadoran@clydeco.us

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff GEMINI INSURANCE COMPANY in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED
Dated: 6/21/18

RICHARD J. SULLIVAN
U.S.D.J.