UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GEMINI INSURANCE COMPANY,

                Plaintiff,

-v-

ACELLA PHARMACEUTICALS, LLC, *et al.*,

                Defendants.

No. 18-cv-4378 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As set out on the record during the conference held on Monday, June 25, 2018, IT IS HEREBY ORDERED that the parties shall respond to the Court's *sua sponte* motion to dismiss this case for lack of proper venue or, in the alternative, to transfer venue as follows: Plaintiff shall file its initial submission no later than July 16, 2018; Defendants shall file their submissions no later than July 30, 2018; and Plaintiff shall file its reply no later than August 6, 2018.

SO ORDERED.

Dated:    June 26, 2018
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE