AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| GEMINI INSURANCE COMPANY | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-04378-RJS |
| ACELLA PHARMACEUTICALS, LLC, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NEIL AKERMAN and SHEILA AKERMAN

Date:     06/19/2018

*Attorney's signature*

HARRY ROTHENBERG, ESQ. (HR6795)
*Printed name and bar number*
THE ROTHENBERG LAW FIRM LLP
450 Seventh Avenue - 44th Floor
New York, NY 10123

*Address*

Harry@InjuryLawyer.Com
*E-mail address*

(212) 563-0100
*Telephone number*

(212) 629-6813
*FAX number*