## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of New York

Index Number: 18-CV-4378                                                                 Date Filed: _____

Plaintiff:
**GEMINI INSURANCE COMPANY**

vs.

Defendant:
**ACELLA PHARMACEUTICALS, LLC, ET AL.**

For:
SCOTT SCHWARTZ, ESQ.
CLYDE & CO US LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 21st day of May, 2018 at 10:35 am to be served on **HAROLD ARTHUR DEAS, 2225 DINSMORE ROAD, ALPHARETTA, GA 30004**.

I, Berhane Tassaw, do hereby affirm that on the **1st day of August, 2018** at **12:45 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES; RELATED CASE STATEMENT** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me, to: **HAROLD ARTHUR DEAS** at the address of: **1880 MCFARLAND PARKWAY, #110, ALPHARETTA, GA 30005**, and informed said person of the contents therein, in compliance with Florida Statutes

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Additional Information pertaining to this Service:**
8/1/2018  12:45 pm  Service was effected at the defendant's P.O.E.
5/30/2018  8:15 am  No answer at door, left door tag.
5/23/2018  8:00 pm  No answer at door left door tag, no cars, Previous door tag was removed.
5/22/2018  7:00 pm  No answer at door no cars left door tag.
5/21/2018  7:55 am  No answer at door previous tag on door

## RETURN OF SERVICE For 18-CV-4378

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

_____
**Berhane Tassaw**
Process Server

**LEGAL PROCESS SERVICE &
INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2018001447

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2m