UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI INSURANCE COMPANY,

                                          Plaintiff,

   -against-

ACELLA PHARMACEUTICALS, LLC,
HAROLD ARTHUR DEAS, THOMAS
JEFFREY BRYANT, NEIL ACKERMAN
AND SHEILA AKERMAN,

                                          Defendants.

Case No. 18-CV-4378 (RJS)

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, the following documents were electronically filed:

- Letter Brief in response to this Court's *sua sponte* motion

to notify the following counsel of record in this case:

Scott Schwartz, Esq. (scott.schwartz@clydeco.us)
William G. Passannante, Esq. (wpassannante@andersonkill.com)
Ray Mascia, Esq. (rmascia@andersonkill.com)

DATED:     July 30, 2018                 **GLEASON, DUNN, WALSH & O'SHEA**

                                                By:    /S/RICHARD C. REILLY
                                                        Richard C. Reilly, Esq.
                                                        Bar Roll No. RR1357
                                                        40 Beaver Street
                                                        Albany, New York 12207
                                                        (518) 432-7511