# CLYDE&CO



Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
United States
T: +1 305 446 2646

August 10, 2018

**VIA ECF AND EMAIL**
The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Email: sullivannysdchambers@nysd.uscourts.gov

  Re: *Gemini Ins. Co. v. Acella Pharmaceuticals, LLC, et al.*
    Case No: 1:18-cv-04378-RJS

Dear Judge Sullivan:

Pursuant to Local Civil Rule 1.4 and Rules 1.A. and 2.A. of your Individual Rules and Practices, the undersigned seeks leave of Court to withdraw as an attorney of record in the captioned lawsuit as counsel for Gemini Insurance Company ("Gemini"). The basis for my withdrawal is that I have resigned from my employment with Clyde & Co US LLP, effective August 10, 2018. Consequently, I will no longer be able to represent Gemini in this action. Accordingly, Gemini respectfully requests an order from the Court permitting Michael David Ford to withdraw from this case. As there are still two attorneys of record for Gemini in this action, there will be no prejudice to any party nor will there be any delay in the current posture of this case as the parties await a decision on the motion to dismiss or transfer. Under Local Civil Rule 1.4, this application to withdraw will be served on Gemini and all other parties, and I am not asserting a retaining or charging lien.

In light of counsel's resignation from his employment with Clyde & Co, and in light of the fact that two other attorneys from that firm have appeared in this case on Plaintiff's behalf, IT IS HEREBY ORDERED that Michael D. Ford's request to withdraw is GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Ford as an attorney for Plaintiff in this case.

Respectfully submitted,

/s/ Michael Ford

Michael David Ford
Michael.Ford@clydeco.us

SO ORDERED
Dated: 8/10/18
RICHARD J. SULLIVAN
U.S.D.J.