# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 18-CV-4378                                                          Date Filed: _____

Plaintiff:
**GEMINI INSURANCE COMPANY**

vs.

Defendant:
**ACELLA PHARMACEUTICALS, LLC, ET AL.**

For:
SCOTT SCHWARTZ, ESQ.
CLYDE & CO US LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 21st day of May, 2018 at 10:35 am to be served on **THOMAS JEFFREY BRYANT, 2633 BENT PINE DRIVE, STATHAM, GA 30666**.

I, LATHAN NICHOLS, do hereby affirm that on the **10th day of August, 2018** at **2:35 pm, I:**

**POSTED** by attaching a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES; RELATED CASE STATEMENT** with my initials, identification number, the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **2633 BENT PINE DRIVE, STATHAM, GA 30666**.

**Additional Information pertaining to this Service:**
5/22/2018  6:35 pm  Attempted service at 68 SAINT YVES CROSSING, WINDER, GA 30680. The house was vacant except for a couple of chairs and tables. There was trash in and around the house. A note in the mailbox said "vacant",  Spoke with male in yard next door, he told me the defendant does not reside here but his daughter does.
5/23/2018  10:20 am  A SKIP TRACE WAS AUTHORIZED.
5/23/2018  7:26 pm  Attempted service at 2633 Bent Pine Drive, Statham, GA 30666.  This is a gated community.  There was no one inside the security house.  The defendants name is not on the call box listing
6/5/2018  5:48 pm  Attempted service at 2633 Bent Pine Drive, Statham, GA 30666. I found someone to let me in to the community. Also confirmed Bryant lives there. Went to the address, There  was a golf cart with clubs in the drive and another set of clubs on the porch. I rang the bell several times and knocked on the door as well. No one answered the door. I had found
2 phone numbers currently listed to the defendant.  There was no answer at the first number, A second number is not a working number.
8/10/2018  2:35 pm  Attempted service at  2633 Bent Pine Drive, Statham, GA 30666.  The guard at the gate called Mr. Bryant to see if he would authorize me coming to his house.  The guard advised that the defendant apologized, and that he was out of the state. He stated I could leave the documents on the front porch.  The guard allowed me to enter and I drove to the address.  There was one vehicle in the driveway and one on the street.  There was no answer at the door.  I left the documents in a brown envelope taped to the bottom of the front door.

## RETURN OF SERVICE For 18-CV-4378

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

*Lathan Nichols*

**LATHAN NICHOLS**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2018001448