UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI INSURANCE COMPANY,

      Plaintiff,

v.                                                                                  CASE NO: 18-cv-4378

ACELLA PHARMACEUTICALS, LLC,
HAROLD ARTHUR DEAS, THOMAS
JEFFREY BRYANT, NEIL AKERMAN
AND SHEILA AKERMAN,

      Defendants.
_____/   **AFFIRMATION OF SERVICE**

    I, Cyndi Gordon, declare under penalty of perjury that on August 15, 2018, I served a copy of the Summons and Complaint for Declaratory Relief and Damages, and Related Case Statement, pursuant to NY CPLR § 308, by placing said documents in an unmarked envelope, marked Personal and Confidential, and placing the envelope for mailing with the United States Postal Service, addressed to: THOMAS JEFFREY BRYANT, 2633 BENT PINE DRIVE, STATHAM, GA 30666.

August 16, 2018

*/s/ Cyndi Gordon*
CYNDI GORDON, Paralegal
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone: 305-446-2646
Cyndi.gordon@clydeco.us

STATE OF FLORIDA    )
    )
COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority, personally appeared Cyndi Gordon, who is personally known to me, and who, being first duly sworn, acknowledged that she is the person who is duly authorized to execute the Affirmation of Service, and she executed the same in my presence this 16th day of August, 2018.

*/s/ Kathi H. Burnham*
NOTARY PUBLIC, State of Florida
At Large

My Commission Expires:

KATHI H. BURNHAM
Notary Public - State of Florida
My Comm. Expires Jan 25, 2019
Commission # FF 165077
Bonded through National Notary Assn.