UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI INSURANCE COMPANY,

    Plaintiff,

v.

ACELLA PHARMACEUTICALS, LLC,
HAROLD ARTHUR DEAS, THOMAS
JEFFREY BRYANT, NEIL AKERMAN AND
SHEILA AKERMAN,

    Defendants.

CASE NO: 18-cv-4378

## NOTICE OF SETTLEMENT PENDING APPROVAL FROM THE COURT IN THE UNDERLYING LIABILITY ACTION

The parties to this coverage action and the parties to the underlying liability action have reached full settlement agreements that resolve all the issues in this action, including any outstanding motion(s). The settlement agreement in the underlying liability action is pending approval by the Supreme Court of the State of New York, Kings County, in the underlying liability action, *Neil Akerman, et al. v. Acella Pharmaceuticals, LLC, et al.* (Index Number: 0002390/2014). Upon approval of the settlement agreement in the underlying liability action by the Supreme Court, the parties in this action will file a Joint Stipulation of Dismissal with prejudice of this action, with the parties to bear their own attorney's fees and costs.

Dated: February 6, 2019

Respectfully submitted,

/s/SINA BAHADORAN
**SINA BAHADORAN**
sina.bahadoran@clydeco.us
Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
305.446.2646

*Attorney for Plaintiff Gemini Insurance Company*

Respectfully submitted,

/s/ [signature] 2/22/2019
**WILLIAM GORMAN PASSANNANTE**
wpassannante@andersonkill.com
RAYMOND A. MASCIA , JR.
rmascia@andersonkill.com
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, New York 10020
212-278-1000

*Attorneys for Defendants Acella Pharmaceuticals, LLC Harold Arthur Deas Thomas Jeffrey Bryant*

Respectfully submitted,

/s/ [signature]
**HARRY ISAAC ROTHENBERG**
450 7th Ave., 44th Fl.
New York, NY 10123
(212)-563-0100
Email: harry@injurylawyer.com

**RICHARD CHARLES REILLY**
Gleason, Dunn, Walsh & O'Shea, Attorneys
40 Beaver Street
Albany, New York 12207
(518)-432-7511
Email: rreilly@gdwo.net

*Attorneys for Defendants Neil Akerman and Sheila Akerman*